**Opinion issued December 21, 2021**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-21-00488-CV

————————————

**RYAN ASHTON COUTURE, Appellant**

**V.**

**HANY AHMED, Appellee**

---

**On Appeal from the County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Case No. 1165542**

---

## MEMORANDUM OPINION

Appellant, Ryan Ashton Couture, filed an appeal from a final judgment signed on September 1, 2021. Appellant has not paid for the clerk's record or the required filing fee and has not established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1 (indigence), 37.3(b) (allowing dismissal of appeal if no clerk's

record filed due to appellant's fault); *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.208, 51.941(a), 101.041; Order Regarding Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Tex. Aug. 28, 2015). Appellant failed to respond to our notices of October 4, 2021 (past due filing fee) and November 2, 2021 (non-payment for the clerk's record), that, should appellant not pay the fee for the clerk's record or the filing fee or establish indigence, this appeal was subject to dismissal. *See* TEX. R. APP. P. 5 (allowing enforcement of rule), 37.3(b) (allowing dismissal of appeal if no clerk's record filed due to appellant's fault), 42.3(c) (allowing involuntary dismissal of case). Appellant has not responded to this Court's notices.

We dismiss the appeal for want of prosecution. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Hightower, Countiss, and Guerra.

2